**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KAREN AZUCENA AGUILAR-GAMEZ,<br>Petitioner,<br>v.<br>CHRISTOPHER LAROSE, Warden, Otay Mesa Detention Center,<br>Respondent. | Case No.: 26cv5017 DMS (JAC)<br>**ORDER REQUIRING RESPONSE** |

On October 21, 2026, Petitioner filed a Motion for an Order to Show Cause. Respondents shall file their response to this Motion on or before **October 28, 2026**. Petitioner may file a reply no later than **November 2, 2026**.

**IT IS SO ORDERED.**

Dated: October 21, 2026

Hon. Dana M. Sabraw
United States District Judge